429 A.2d 749

Commonwealth ex rel. Patterson v. Patterson.

Appeal of Betty Patterson.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Argued June 9, 1980. Michael P. Shay, for appellant; Gus Milides, for appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Order affirmed.